November 21, 2008

Mr. Sam Baxter
McKool Smith, P.C.
P.O. Box O
Marshall, TX 75671
Mr. David M. Gunn
Beck, Redden & Secrest, L.L.P.
1221 McKinney, Suite 4500
Houston, TX 77010-2010

RE: Case Number: 06-0979
 Court of Appeals Number: 06-03-00077-CV
 Trial Court Number: 99-0199-1

Style: SONAT EXPLORATION COMPANY
 v.
 CUDD PRESSURE CONTROL, INC.

Dear Counsel:

 Today the Supreme Court of Texas delivered the enclosed opinion and
judgment in the above-referenced cause.

 Sincerely,
 [pic]

 Blake A. Hawthorne, Clerk

 by Claudia Jenks, Chief Deputy Clerk
Enclosures
|cc:|Mr. Christopher |
| |Tramonte |
| |Mr. Arthur W. Landry |
| |Ms. Debbie Autrey |
| |Ms. Sherry Griffis |